UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VALDA CHRISTMAS

VERSUS

UNITED STATES POSTAL SERVICE

CIVIL ACTION

NO. 14-652-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action of United States Magistrate Judge Stephen C. Riedlinger dated October 15, 2014 (doc. no. 4) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) unless, within 14 days or such other time as the court may allow, the plaintiff files an amended complaint alleging facts showing that he has satisfied the prerequisites for suit under the Federal Tort Claims Act.

Baton Rouge, Louisiana, November 4, 2014.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA