UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VALDA CHRISTMAS

VERSUS

UNITED STATES POSTAL SERVICE

CIVIL ACTION

NUMBER 14-652-JJB-SCR

**<u>NOTICE</u>**

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

    In accordance with 28 U.S.C. §636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Baton Rouge, Louisiana, November 5, 2014.

    STEPHEN C. RIEDLINGER
    UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VALDA CHRISTMAS

CIVIL ACTION

VERSUS

NUMBER 14-652-JJB-SCR

UNITED STATES POSTAL SERVICE

**MAGISTRATE JUDGE'S REPORT**

Plaintiff filed a Complaint against the United States Postal Service ("USPS") alleging that on or around March 14, 2013 a postal truck came on his driveway and hit her vehicle. Plaintiff demanded the USPS pay for the damages caused to her vehicle.[1]

Plaintiff's Motion for Leave to Proceed in Forma Pauperis was denied on October 15, 2014 and the plaintiff was allowed 14 days to pay the filing fee.[2] Plaintiff failed to pay the filing fee. Plaintiff filed an Amended Complaint on November 3, 2014, and submitted with it a statement asserting that she is the victim of fraud perpetrated by Chase Bank, Chase Home Loans and her home mortgage exceeds the value of her home. She asserted that this makes her unable to pay the full filing fee and reiterated her request to proceed in forma pauperis.

---

[1] After the Complaint was filed the plaintiff filed two estimates for the repair cost, one for $1,198.65 and the second for $1,320.91. Record document number 7.

[2] Record document number 2, motion; record document number 3, Order.

Plaintiff's response to the Order to pay the filing fee does not provide a valid basis to permit to her proceed in forma pauperis. As the Order recognized, the plaintiff has substantial debts, including her mortgage. Plaintiff's listed debts appear to be long-term debts that would be paid off over the course of several years, and for the mortgage and student loans, over many years. The fact that the value of her home is now less than the mortgage debt does not change the amount of her monthly mortgage payments or the amount owed on the mortgage.

**RECOMMENDATION**

It is the recommendation of the magistrate judge that the plaintiff's Complaint be dismissed for failure to pay the filing fee, or alternatively grant the plaintiff additional time to pay the filing fee, but not to exceed another 14 days.[3]

Baton Rouge, Louisiana, November 5, 2014.

*[signature: Stephen C. Riedlinger]*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[3] If the case is dismissed for failure to pay the filing fee, the plaintiff may be barred from filing another complaint later. As explained in the notice informing her that her administrative claim was denied, the time allowed by the Federal Tort Claims Act to file a complaint in court is six months from the date the notice was mailed. The notice is dated May 22, 2014 and was mailed the same date. Record document number 9-1. Consequently, another complaint filed after November 22, 2014 would be untimely.