UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VALDA CHRISTMAS

VERSUS

UNITED STATES POSTAL SERVICE

CIVIL ACTION

NO. 14-652-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated November 5, 2014 (doc. no. 10) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Complaint is DISMISSED for failure to pay the filing fee.

Baton Rouge, Louisiana, this 1ST day of December, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA